USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/20



**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

JASON B. JENDREWSKI
Direct Dial: 212-878-7952
Email Address: JJendrewski@FoxRothschild.com

January 27, 2020

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

Re: *Calcano v. ACBP Hospitality Group LLC* (1:19-cv-09711) (ALC) (RWL)
**Joint Notice of Settlement and Request for Adjournment of All Pending Dates**

Dear Judge Carter:

We represent defendant ACBP Hospitality Group LLC ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Marcos Calcano ("Plaintiff"), we hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will draft and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next forty-five (45) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates *sine die* (including but not limited to the deadline for Defendant to file its response to the Complaint) and provide the parties with forty-five (45) days to file their anticipated stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jason B. Jendrewski

Jason B. Jendrewski

cc: Darryn G. Solotoff, Esq. (*via* ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

January 28, 2020

Active\107112923.v1